\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| INDUCTIVE DESIGN, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 1:11-CV-421 |
| v. | § | |
| | § | |
| BROADCOM CORP. *et al*, | § | JUDGE RON CLARK |
| | § | |
| *Defendants*. | § | |

**PARTIAL ORDER OF DISMISSAL**

Before the court are Plaintiff Inductive Design, Inc.'s Motions to Dismiss Defendants Broadcom Corp.; Qualcomm Inc.; CSR PLC; Hewlett-Packard Co.; Dell, Inc.; Buffalo Technology (USA), Inc.; Sychip, Inc., d/b/a Murata Wireless Solutions; Research In Motion Corp.; TiVo, Inc.; and Cambridge Silicon Radio International LLC. Plaintiff represents that it has settled its claims against these Defendants, and requests that the claims be dismissed with prejudice. The court is of the opinion that the motions should be granted.

IT IS THEREFORE ORDERED that Plaintiff Inductive Design, Inc.'s Motions to Dismiss [Docs. # 34, 35, 36] are GRANTED. Plaintiff's claims against Defendants Broadcom Corp.; Qualcomm Inc.; CSR PLC; Hewlett-Packard Co.; Dell, Inc.; Buffalo Technology (USA), Inc.; Sychip, Inc., d/b/a Murata Wireless Solutions; Research In Motion Corp.; TiVo, Inc.; and Cambridge Silicon Radio International LLC are DISMISSED WITH PREJUDICE. Costs, expenses of court, and attorney's fees shall be borne by the party incurring the same.

IT IS FURTHER ORDERED that Defendant Sychip, Inc., d/b'a Murata Wireless Solutions's Unopposed Motion for Extension of Time to Answer [Doc. # 37] is DENIED AS MOOT.

So **ORDERED** and **SIGNED** this **17** day of **November, 2011.**

_____
Ron Clark, United States District Judge